■ ANDREW B. CHURA v. NEW YORK CITY HOUSING AUTHORITY.— Motion to resettle order entered on September 21, 1961 affirming the order of Special Term dismissing the action denied on the following grounds: (1) in the light of section 590 of the Civil Practice Act the relief sought does not appear to be necessary; (2) the proposed resettled order does not accurately reflect the proceedings in this court or its disposition of the appeal; and (3) defendant-appellant has delayed unreasonably in seeking relief.  Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE.— Enlargement of time granted.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER McMILLIAN v. MILTON KLEIN, as Warden.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.  Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ JOHN M. ARMSTRONG et al. v. JOHN C. DOYLE et al.— Motion for an order directing the Clerk of this court to accept and file the notices of argument, dismissed as academic.  The appeals taken by Sydelle Glass and Sophie Cruso are severed and dismissed for failure to abide by the condition imposed in the order of this court, entered on May 8, 1962.  Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

## (May 16, 1962)

■ FAR HILLS THEATRES, INC., v. EVELYN LAMBERT et al.— Motion for a stay denied.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ BROADWAY DISTRIBUTING CORP. v. SOL GOLDMAN et al.— Motion for an order increasing to $50,000 the amount of the undertaking to be filed by plaintiff-respondent denied.  Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

## (May 17, 1962)

■ In the Matter of PATSY ZACCARO, Appellant, v. THOMAS E. ROSETTI, as Property Clerk of the Police Department of the City of New York, Respondent.— Order entered on October 18, 1961 unanimously affirmed, with $20 costs and disbursements to the respondent.  No opinion.  Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of ALFRED O. KUHNLE, Appellant, v. THEODORE H. LANG et al., Constituting the Department of Personnel, Civil Service Commission, City of New York, et al., Respondents.— Order entered on December 19, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents.  No opinion.  Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ MORRIS J. SCHIFRIEN et al., Respondents, v. JOHN GOLDNER, Appellant. — Order entered on December 19, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents.  No opinion.  Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.